# Order

Michigan Supreme Court
Lansing, Michigan

April 3, 2020

160460 & (15)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SHAQUILLE JOEL SHERMAN,
        Defendant-Appellant.

SC: 160460
COA: 349804
Wayne CC: 13-000288-FC

_____/

On order of the Court, the application for leave to appeal the September 6, 2019 order of the Court of Appeals is considered. We DIRECT the Wayne County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal and motion to remand remain pending.



p0331

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 3, 2020



Clerk